THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALICE H. WOOLLARD, Respondent, v. NICHOLAS J. FAHRENKOPF, as Commissioner of Assessments of the City of Albany, et al., Appellants.

Argued October 7, 1938; decided October 25, 1938.

*Joseph J. Casey, Corporation Counsel (Thomas W. Cantwell* of counsel), for appellants.

*Ernest B. Morris* and *William E. Woollard* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.